IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISAAC SANCHEZ,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC AND U.S. BANK NATIONAL ASSOCIATION d/b/a ELAN FINANCIAL SERVICES,

Defendants.

Case No. 2:26-cv-02953-CKD

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

In their Joint Stipulation to Extend Time to Respond to Complaint (the "Stipulation"), Plaintiff Isaac Sanchez ("Plaintiff") and Defendant U.S. Bank N.A. ("U.S. Bank") agreed that a 14-day extension of U.S. Bank's time to answer, move, or otherwise respond to the Complaint is appropriate in this case. The Parties agree that additional time is required to allow Plaintiff to consider the arbitration demand made by U.S. Bank, and delaying U.S. Bank's response until Plaintiff has addressed this threshold issue is in the interest of conserving the Parties' resources.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. U.S. Bank's deadline to answer, move, or otherwise respond to the Complaint in this case is hereby extended by 14 days, through and until November 30, 2026.

IT IS SO ORDERED.

Dated: 11/17/26

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE